SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III SBN 69773
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
Telephone:   (530) 895-3252
Facsimile:    (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| ROBERT DODSON, | Case No. CIV.S 06-02265-FCD-KJM |
| Plaintiff, | **REQUEST FOR DISMISSAL** |
| vs. | **AND ORDER** |
| PNS STORES, INC. dba BIG LOTS #4115; SUSAN SANDELMAN, TRUSTEE of the PASAN TRUST | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Plaintiff, ROBERT DODSON, requests the Court dismiss the above entitled action, with prejudice, as to all Defendants.

Dated: February19, 2007          DISABLED ADVOCACY GROUP, APLC

                                                   /s/ Lynn Hubbard, III
                                                  LYNN HUBBARD, III
                                                  Attorney for Plaintiff

IT IS SO ORDERED.

DATED: February 20, 2007

                                                  FRANK C. DAMRELL, JR.
                                                  UNITED STATES DISTRICT JUDGE